IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | James, Catherine | Case Number: 06 B 02566 |
|---|---|---|
| | | Judge: Goldgar, A. Benjamin |
| | Printed: 4/29/08 | Filed: 3/15/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: March 18, 2008
Confirmed: May 30, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 37,595.00 |  |
| Secured: |  | 2,000.00 |
| Unsecured: |  | 20,118.82 |
| Priority: |  | 13,554.66 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 1,921.52 |
| Other Funds: |  | 0.00 |
| Totals: | 37,595.00 | 37,595.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Market Street Mortgage | Secured | 0.00 | 0.00 |
| 2. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 3. | Market Street Mortgage | Secured | 38,401.36 | 2,000.00 |
| 4. | Internal Revenue Service | Priority | 13,554.66 | 13,554.66 |
| 5. | United Hospital System Inc | Unsecured | 4,764.65 | 3,076.15 |
| 6. | Educational Credit Management Corp | Unsecured | 6,392.10 | 4,126.86 |
| 7. | Premier Bankcard | Unsecured | 494.71 | 319.37 |
| 8. | OSI Collection Svc Inc | Unsecured | 1,334.84 | 861.79 |
| 9. | Internal Revenue Service | Unsecured | 1,738.80 | 1,122.59 |
| 10. | RoundUp Funding LLC | Unsecured | 16,111.07 | 10,401.66 |
| 11. | Falls Collection Service | Unsecured | 325.91 | 210.40 |
| 12. | Internal Revenue Service | Priority | | No Claim Filed |
| 13. | AT&T | Unsecured | | No Claim Filed |
| 14. | Brink Home Security | Unsecured | | No Claim Filed |
| 15. | Blitt & Gaines | Unsecured | | No Claim Filed |
| 16. | Educational Credit Management Corp | Unsecured | | No Claim Filed |
| 17. | Pierce Hamilton & Stern | Unsecured | | No Claim Filed |
| 18. | Falls Collection Service | Unsecured | | No Claim Filed |
| 19. | Falls Collection Service | Unsecured | | No Claim Filed |
| 20. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 21. | Medical Collections | Unsecured | | No Claim Filed |
| 22. | Medical Collections | Unsecured | | No Claim Filed |
| 23. | MRSI | Unsecured | | No Claim Filed |
| 24. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 25. | Nicor Gas | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | James, Catherine | Case Number: 06 B 02566 |
|---|---|---|
| | | Judge: Goldgar, A. Benjamin |
| | Printed: 4/29/08 | Filed: 3/15/06 |

| 26. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
|---|---|---|---|---|
| 27. | Fair Collections & Outsourcing | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 83,118.10 | $ 35,673.48 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 408.25 |
| 4.8% | 607.68 |
| 5.4% | 905.59 |
| | _____ |
| | $ 1,921.52 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

